BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDIP KAUR,<br><br>              Plaintiff,<br><br>     v.<br><br>JANET NAPOLITANO, *et al.*,<br><br>              Defendants. | Case No.: 1:14-cv-469 GSA<br><br>**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

This is an immigration case in which the plaintiff challenges a delay in the adjudication of his application for adjustment of status.  The parties are attempting to reach a resolution to this matter at the administrative level; toward that end, the parties stipulate to a 30 day extension of time for the filing of the government's answer, until October 10, 2014.

Dated:  August 29, 2014                             Respectfully Submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    s/ Audrey B. Hemesath
                                                    AUDREY B. HEMESATH
                                                    Assistant United States Attorney

                                                    /s/ Peter Singh
                                                    PETER SINGH
                                                    Attorney for the Plaintiff

1

**Order**

The time for filing an answer to the complaint is extended to October 10, 2014. The status conference, currently set for September 8, 2014, is reset to November 17, 2014 at 9:30 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated: __**September 2, 2014**__            _____/s/ Gary S. Austin__
                                             UNITED STATES MAGISTRATE JUDGE